1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ANTHONY MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. CR.S-11-381-GEB |
| Plaintiff, ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ANTHONY MARTINEZ, ) | Date: July 20, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ANTHONY MARTINEZ, that the status conference hearing date of May 25, 2012, be rescheduled for a status conference on July 20, 2012, at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review the discovery, consult with her client, examine possible defenses, and continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including July 20,

///

///

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: May 22, 2012.						Respectfully submitted,

							DANIEL J. BRODERICK
							Federal Public Defender

							/s/ Courtney Fein
							COURTNEY FEIN
							Assistant Federal Defender
							Designated Counsel for Service
							Attorney for ANTHONY MARTINEZ

DATED: May 22, 2012.						BENJAMIN WAGNER
							United States Attorney

							/s/ Courtney Fein for
							WILLIAM WONG
							Assistant U.S. Attorney
							Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the May 25, 2012, status conference hearing be continued to July 20, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the July 20, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: May 22, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

3