| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | COURTNEY FEIN, Bar #244785<br>Designated Counsel for Service |
| 3 | 801 I Street, 3rd Floor<br>Sacramento, California 95814 |
| 4 | (916) 498-5700 |
| 5 | Attorney for Defendant<br>ANTHONY MARTINEZ |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-11-381-GEB |
|---|---|
| Plaintiff, | ) **STIPULATION AND [PROPOSED]**<br>) **ORDER; CONTINUING STATUS** |
| v. | ) **CONFERENCE AND EXCLUDING**<br>) **TIME** |
| ANTHONY MARTINEZ, | ) Date: October 26, 2012 |
| Defendant. | ) Time: 9:00 a.m.<br>) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ANTHONY MARTINEZ, that the status conference hearing date of October 19, 2012, be rescheduled for a status conference/change of plea hearing on October 26, 2012, at 9:00 a.m..

The reason for this continuance is that defense counsel received and reviewed the plea agreement on October 16, 2012. Additional time is required to travel to Butte County to review it with Mr. Martinez..

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 26,

/ / /

/ / /

2012, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 19, 2012.  Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender
/s/ Courtney Fein
COURTNEY FEIN
Assistant Federal Defender
Designated Counsel for Service
Attorney for ANTHONY MARTINEZ

DATED: October 19, 2012.  BENJAMIN WAGNER
United States Attorney

/s/ Courtney Fein for
WILLIAM WONG
Assistant U.S. Attorney
Attorney for Plaintiff

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 19, 2012, status conference hearing be continued to October 26, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the October 26, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 19, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

2

3