```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   ANTHONY MARTINEZ
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO.  CR.S-11-381-GEB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER; CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | ) | |
| ANTHONY MARTINEZ, | ) | Date: November 16, 2012 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney for ANTHONY MARTINEZ, that the status conference hearing date of October 26, 2012, be rescheduled for a status conference/change of plea hearing on November 16, 2012, at 9:00 a.m.. The reason for this continuance is that counsel needs additional time to further discuss the contents of the plea agreement with the government. Additional time will also be required to travel to Butte County to review it with Mr. Martinez.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 16, 2012, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

| | | |
|---|---|---|
| DATED: October 24, 2012 | | Respectfully submitted,<br><br>DANIEL J. BRODERICK<br>Federal Public Defender<br><br>/s/ Courtney Fein<br>COURTNEY FEIN<br>Assistant Federal Defender<br>Designated Counsel for Service<br>Attorney for ANTHONY MARTINEZ |
| DATED: October 25, 2012. | | BENJAMIN WAGNER<br>United States Attorney<br><br>/s/ Courtney Fein for<br>WILLIAM WONG<br>Assistant U.S. Attorney<br>Attorney for Plaintiff |

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 26, 2012, status conference hearing be continued to November 16, 2012, at 9:00 a.m. Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time up to and including the November 16, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: October 25, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge

2

3