BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:11-CR-00381-GEB |
| Plaintiff, | STIPULATION AND ORDER EXCLUDING TIME |
| v. | |
| ANTHONY GENE RICHARD MARTINEZ, aka Gene Martinez, | Judge: Hon. Garland E. Burrell |
| Defendant. | |

**<u>STIPULATION</u>**

The United States, by and through its undersigned counsel, and the defendant, by and through his counsel of record, hereby stipulate as follows:

1. The parties appeared before the Court on May 17, 2013, for a Change of Plea Hearing. The Court began, but did not complete, the Rule 11 plea colloquy. Instead, the parties requested that the Court reset the matter for a Change of Plea Hearing on June 14, 2013, at 9:00 a.m.

///

///

1. 2. By this Stipulation, the defendant now moves to exclude time between May 17, 2013, and June 14, 2013, under Local Code T4. The United States does not oppose this request.
3. The parties agree and stipulate, and request that the Court find the following:
   a. The defendant and defense counsel need further time to discuss the terms and consequences of the draft plea agreement between the parties.
   b. Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.
   c. For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, within which trial must commence, the time period of May 17, 2013, to June 14, 2013, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at the defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

DATED: May 17, 2013        /s/ Justin L. Lee
                           JUSTIN L. LEE
                           Assistant U.S. Attorney

DATED: May 17, 2013        /s/ Courtney Fein
                           COURTNEY FEIN
                           Attorney for Defendant
                           (as authorized on May 17, 2013)

**ORDER**

IT IS SO FOUND AND ORDERED.

Date: 5/20/2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge